# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMERCE & INDUSTRY**
**INSURANCE COMPANY,**

      **Plaintiff,**

**v.**                                                            Case No: 6:17-cv-965-Orl-31KRS

**SOUTHERN CONSTRUCTION LABOR**
**SERVICES, LLC,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment for Sum Certain (Doc. 26), filed February 13, 2018.

On March 26, 2018, the United States Magistrate Judge issued a report (Doc. 27) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Default Judgment for Sum Certain is **GRANTED.**

3. Southern Construction Labor Services, LLC is liable for breach of contract.

4. The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $396,045.00 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 9, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party